Electronically Filed
Intermediate Court of Appeals
CAAP-13-0004515
20-JUL-2015
07:54 AM

NO. CAAP-13-0004515


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee, v.
JOHN KALANI, IV, Defendant-Appellant


APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
'EWA DIVISION
(1DTA-12-07168)


SUMMARY DISPOSITION ORDER
(By: Foley, Presiding Judge, Fujise and Ginoza, JJ.)

Defendant-Appellant John Kalani IV, also known as John Kalani, (Kalani) appeals from the Notice of Entry of Judgment and/or Order and Plea/Judgment, entered on May 14, 2013, in the District Court of the First Circuit, 'Ewa Division (District Court).[1] After a bench trial, the District Court convicted Kalani of one count of Operating a Vehicle Under the Influence of an Intoxicant, in violation of Hawaii Revised Statutes (HRS) § 291E-61(a)(1) and/or (4) (Supp. 2014).[2]

---

[1]     The Honorable Lono J. Lee presided.

[2]     HRS § 291E-61(a) provides in relevant part:

        (a) A person commits the offense of operating a vehicle under the influence of an intoxicant if the person operates or assumes actual physical control of a vehicle:

    (1)    While under the influence of alcohol in an amount sufficient to impair the person's normal mental faculties or ability to care for the person and guard against casualty; [or]

. . . .

(continued...)

On appeal, Kalani argues that the District Court erred in admitting into evidence his blood test results, which were obtained in violation of his rights under <u>Miranda v. Arizona</u>, 384 U.S. 436 (1966); and even if <u>Miranda</u> does not apply, he was denied his right to counsel under HRS § 803-9 (2014).

The District Court, however, adjudged Kalani guilty of violating both HRS §§ 291E-61(a)(1) and (4). Subsections (a)(1) and (a)(4) can each serve as a basis for conviction under § 291E-61. <u>See</u> <u>State v. Nesmith</u>, 127 Hawai'i 48, 61, 276 P.3d 617, 630 (2012). Kalani does not contest his conviction under HRS § 291E-61(a)(1). Therefore, any error as to the HRS § 291E-61(a)(4) conviction was harmless.

Therefore, IT IS HEREBY ORDERED that the Notice of Entry of Judgment and/or Order and Plea/Judgment, entered on May 14, 2013, in the District Court of the First Circuit, 'Ewa Division, is affirmed.

DATED: Honolulu, Hawai'i, July 20, 2015.

On the briefs:

James B. Lewis,
for Defendant-Appellant.

Brian R. Vincent,
Deputy Prosecuting Attorney,
City and County of Honolulu,
for Plaintiff-Appellee.

Presiding Judge

Associate Judge

Associate Judge

---

[2](...continued)
    (4)    With .08 or more grams of alcohol per one hundred milliliters or cubic centimeters of blood.

2